MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No.: 12294
atrippiedi@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for Saticoy Bay LLC Series 300 Crosswind

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a federal savings bank,<br><br>        Plaintiff,<br><br>v.<br><br>Special Administrator or Personal Representative for THE ESTATE OF TARJE KNUTE GRIMSTAD; THE COVES HOMEOWNERS ASSOCIATION a Nevada corporation; SATICOY BAY LLC SERIES 300 CROSSWIND, a Nevada limited liability company; ALESSI & KOENIG, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>        Defendants.<br>_____<br>SATICOY BAY LLC SERIES 300 CROSSWIND,<br><br>        Counterclaimant,<br>v. | Case No.: 2:18-cv-00796-RFB-NJK<br><br><br><br><br><br>**SUBSTITUTION OF ATTORNEYS** |

|  |  |
|---|---|
| FLAGSTAR BANK, FSB, a federal savings bank, | |
| Counterdefendant. | |
| SATICOY BAY LLC SERIES 300 CROSSWIND, | |
| Crossclaimant, | |
| v. | |
| Special Administrator or Personal Representative for THE ESTATE OF TARJE KNUTE GRIMSTAD, | |
| Crossdefendants. | |

Saticoy Bay LLC Series 300 Crosswind, hereby substitutes Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

DATED this 30th day of July, 2018.

By:_____
Iyad "Eddie" Haddad

///

///

///

2

MICHAEL F. BOHN, ESQ., does hereby agree to be substituted in the place of Charles L. Geisendorf, Esq., as attorney for Saticoy Bay LLC Series 300 Crosswind, in the above entitled matter.

DATED this 30th day of July, 2018.

LAW OFFICE OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ Michael F. Bohn, Esq./
Michael F. Bohn, Esq.
Nevada Bar No. 1641
2260 Corporate Circle, Suite 480
Henderson, NV 89074

Charles L. Geisendorf, Esq. consents to the substitution of MICHAEL F. BOHN, ESQ. as attorney of record for Saticoy Bay LLC Series 300 Crosswind.

DATED this 29th day of July, 2018.

GEISENDORF & VILKIN, PLLC

By: /s/ Charles L. Geisendorf
Charles L. Geisendorf, Esq.
Nevada Bar No. 6985
2470 St. Rose Parkway, Ste. 309
Henderson, NV 89074

IT IS SO ORDERED.
Dated: July 31, 2018
.
.
_____
Nancy J. Koppe
United States Magistrate Judge