GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for Saticoy Bay LLC Series 300 Crosswind

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a federal savings bank,<br><br>Plaintiff,<br><br>v.<br><br>Special Administrator or Personal Representative for THE ESTATE OF TARJE KNUTE GRIMSTAD; THE COVES HOMEOWNERS ASSOCIATION a Nevada corporation; SATICOY BAY LLC SERIES 300 CROSSWIND, a Nevada limited liability company; ALESSI & KOENIG, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____<br>SATICOY BAY LLC SERIES 300 CROSSWIND,<br><br>Counterclaimant,<br><br>v.<br><br>FLAGSTAR BANK, FSB, a federal savings bank,<br><br>Counterdefendant.<br>_____<br>SATICOY BAY LLC SERIES 300 CROSSWIND,<br><br>Crossclaimant, | Case No.: 2:18-cv-00796-RFB-NJK<br><br><br><br><br><br><br><br><br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

1

Saticoy Bay LLC Series 300 Crosswind substituted Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

Charles L. Geisendorf, Esq. no longer represents Saticoy Bay LLC Series 300 Crosswind and has no further need to receive CM/ECF notifications in this case.

The undersigned respectfully requests the court remove Charles L. Geisendorf, Esq., from the electronic service list in this action. All future correspondence, papers, and future notices should continue to be directed to Michael F. Bohn, Esq.

Dated this 4th day of October, 2018.

GEISENDORF & VILKIN, PLLC

By: /s/ Charles L. Geisendorf
Charles L. Geisendorf, Esq.
Nevada Bar No. 6985
2470 St. Rose Parkway, Suite 309
Henderson, NV 89074
Tel: (702) 873-5868

**COURT APPROVAL**

**IT IS SO ORDERED:**

**DATED:** October 5, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**