**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello, Esq.
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (702) 382-1661
*Attorneys for Plaintiff/Counterdefendant
Flagstar Bank, FSB*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a federal savings bank,<br><br>Plaintiff,<br><br>vs.<br><br>Special Administrator or Personal Representative for THE ESTATE OF TARJE KNUTE GRIMSTAD; THE COVES HOMEOWNERS ASSOCIATION a Nevada corporation; SATICOY BAY LLC SERIES 300 CROSSWIND, a Nevada limited liability company; ALESSI & KOENIG, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>SATICOY BAY LLC SERIES 300 CROSSWIND,<br><br>Counterclaimant,<br><br>v.<br><br>FLAGSTAR BANK, FSB, a federal savings bank,<br><br>Counterdefendant. | Case No.: 2:18-cv-00796-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO:<br>(1) DEFENDANT THE COVES HOMEOWNERS ASSOCIATION, LLC'S MOTION FOR SUMMARY JUDGMENT (THIRD REQUEST); AND (2) DEFENDANT SATICOY BAY LLC SERIES 300 CROSSWIND'S MOTION FOR SUMMARY JUDGMENT (THIRD REQUEST)** |

| | |
|---|---|
| 1 | SATICOY BAY LLC SERIES 300 CROSSWIND, |
| 2 | |
| 3 | Crossclaimant |
| 4 | v. |
| 5 | Special Administrator of Personal Representative for THE ESTATE OF TARJE KNUTE GRIMSTAD, |
| 6 | |
| 7 | Crossdefendants. |

Pursuant to LR IA 6-1, LR 7-1, and LR 26-4, Plaintiff Flagstar Bank, FSB ("Plaintiff"), Defendant/Counterclaimant/Crossclaimnat Saticoy Bay LLC Series 300 Crosswind ("Saticoy Bay") and Defendant The Coves Homeowners Association ("HOA"), through their undersigned counsel of record (collectively "Parties") hereby agree and stipulate to extend the deadline to file responses to the HOA's Motion for Summary Judgment [ECF No. 48] and Saticoy Bay's Motion for Summary Judgment [ECF No. 49] because the parties are actively engaged in settlement discussions. This is the third request to extend the foregoing deadlines.

1. On December 20, 2018, the HOA filed their Motion for Summary Judgment. [ECF No. 48].
2. On December 21, 2018, Saticoy Bay filed their Motion for Summary Judgment. [ECF No. 49].
3. Plaintiffs' Response to the HOA's Motion for Summary Judgment [ECF No. 48] is currently due on February 21, 2019. The Parties have agreed to extend the deadline for Plaintiff to file its Response to the HOA's Motion for Summary Judgment [ECF No. 48] to **March 8, 2019.**
4. The Response to Saticoy Bay's Motion for Summary Judgment [ECF No. 49] is currently due on February 21, 2019. The Parties have agreed to extend the deadline for Plaintiffs to respond to Saticoy Bay's Motion for Summary Judgment [ECF No. 49] to **March 8, 2019**.

This is the third request for an enlargement of time and is not made for any deleterious purpose or to cause delay, but is made in good faith by the Parties and in the interests of

efficiency and judicial economy.  The parties are actively engaged in settlement discussions and request additional time to file the foregoing responses to facilitate those settlement discussions.

Dated February 20, 2019

DICKINSON WRIGHT, PLLC

By: */s/ Cynthia L. Alexander, Esq.*
  Cynthia L. Alexander, Esq.
  Nevada Bar No. 6718
  Taylor Anello, Esq.
  Nevada Bar No. 12881
  8363 West Sunset Road, Suite 200
  Las Vegas, Nevada  89113-2210
  *Attorneys for Plaintiff/Counterdefendant Flagstar Bank, FSB*

Dated  February 20, 2019

Boyack Orme & Anthony

By: */s/ Colli Christine McKiever, Esq.*
  Edward Boyack, Esq.
  Nevada Bar 005229
  Colli Christine McKiever, Esq.
  Nevada Bar 13724
  7432 W. Sahara Avenue
  Suite 101
  Las Vegas, NV 89117
  702-562-3415
  *Attorneys for Defendant The Coves Homeowners Association*

Dated February 20, 2019

Law Offices of Michael F. Bohn, Esq., Ltd.

By:  */s/ Adam R. Trippiedi, Esq.*
  Michael F. Bohn, Esq.
  Nevada Bar No. 1641
  Adam R. Trippiedi, Esq.
  Nevada Bar No. 12294
  2260 Corporate Circle
  Suite 480
  Henderson, NV  89074
  (702) 642-3113
   *Attorney for Saticoy Bay LLC Series 300 Crosswind*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 21st day of February, 2019.

# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 20th day of February 2019, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSES TO: (1) DEFENDANT THE COVES HOMEOWNERS ASSOCIATION, LLC'S MOTION FOR SUMMARY JUDGMENT (THIRD REQUEST); AND (2) DEFENDANT SATICOY BAY LLC SERIES 300 CROSSWIND'S MOTION FOR SUMMARY JUDGMENT (THIRD REQUEST)** was served electronically to the following parties of interest through the Court's CM/ECF system to:

| | |
|---|---|
| Michael F. Bohn, Esq. | Edward Boyack |
| Adam R. Trippiedi, Esq. | Colli Christine McKiever |
| Law Offices of Michael F. Bohn, Esq., Ltd. | Boyack Orme & Anthony |
| 2260 Corporate Circle, Suite 480 | 7432 W. Sahara Avenue, Suite 101 |
| Henderson, NV 89074 | Las Vegas, NV 89117 |
| *Attorney for Saticoy Bay LLC Series 300 Crosswind* | *Attorneys for Defendants The Coves Homeowners Association* |

                                                  */s/ Mark Mangiaracina*
                                                 An Employee of Dickinson Wright PLLC