**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello, Esq.
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (702) 382-1661
*Attorneys for Plaintiff/Counterdefendant
Flagstar Bank, FSB*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a federal savings bank, <br><br> Plaintiff, <br><br> vs. <br><br> Special Administrator or Personal Representative for THE ESTATE OF TARJE KNUTE GRIMSTAD; THE COVES HOMEOWNERS ASSOCIATION a Nevada corporation; SATICOY BAY LLC SERIES 300 CROSSWIND, a Nevada limited liability company; ALESSI & KOENIG, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:18-cv-00796-RFB-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO COMPLETE SETTLEMENT AGREEMENT** <br> **(First Request)** |
| SATICOY BAY LLC SERIES 300 CROSSWIND, <br><br> Counterclaimant, <br><br> v. <br><br> FLAGSTAR BANK, FSB, a federal savings bank, <br><br> Counterdefendant. | |
| SATICOY BAY LLC SERIES 300 CROSSWIND, <br><br> Crossclaimant | |

1

DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

1 | v.

2 | Special Administrator of Personal Representative for THE ESTATE OF TARJE KNUTE GRIMSTAD,

4 | Crossdefendants.

Plaintiff Flagstar Bank, FSB ("Plaintiff"), Defendant/Counterclaimant/Crossclaimant Saticoy Bay LLC Series 300 Crosswind ("Saticoy Bay") and Defendant The Coves Homeowners Association ("HOA"), through their undersigned counsel of record (collectively "Parties") hereby stipulate and agree to continue the deadline to file the Stipulation for Dismissal. The parties base this agreement upon the following:

1. The Parties filed a Notice of Settlement with the court on March 8, 2019 (ECF No. 57) where the Parties agreed to file a stipulation for dismissal no later than April 25, 2019.

2. In light of the filing of the Notice of Settlement, the Court ordered that the parties file a stipulation for dismissal within 45 days. (ECF No. 58).

3. The Parties are still in the process of finalizing the settlement documentation and need some additional time to file the stipulation for dismissal.

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED the Parties request an additional 45 days from this date to complete the settlement documentation and to file the Stipulation for Dismissal.

IT IS FURTHER STIPULATED AND AGREED that the Parties jointly request that the calendared deadlines continue to be stayed and/or that the case be held in abeyance while the Parties document the settlement.

| | |
|---|---|
| Dated April 24, 2019 | Dated April 24, 2019 |
| DICKINSON WRIGHT, PLLC | Boyack Orme & Anthony |
| By: /s/ Cynthia L. Alexander, Esq.<br>Cynthia L. Alexander, Esq.<br>Nevada Bar No. 6718<br>Taylor Anello, Esq.<br>Nevada Bar No. 12881<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br>*Attorneys for Plaintiff/Counterdefendant Flagstar Bank, FSB* | By: Colli Christine McKiever, Esq.<br>Edward Boyack, Esq.<br>Nevada Bar 005229<br>Colli Christine McKiever, Esq.<br>Nevada Bar 13724<br>7432 W. Sahara Avenue Suite 101<br>Las Vegas, NV 89117<br>*Attorneys for Defendant The Coves Homeowners Association* |

DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

Dated April 24, 2019

Law Offices of Michael F. Bohn, Esq., Ltd.

By:   /s/ Adam R. Trippiedi, Esq.
     Michael F. Bohn, Esq.
     Nevada Bar No. 1641
     Adam R. Trippiedi, Esq.
     Nevada Bar No. 12294
     2260 Corporate Circle Suite 480
     Henderson, NV 89074
     *Attorney for Saticoy Bay LLC Series 300 Crosswind*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of April, 2019.

# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 24th day of April 2019, the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO COMPLETE SETTLEMENT AGREEMENT (First Request)** was served electronically to the following parties of interest through the Court's CM/ECF system to:

| | |
|---|---|
| Michael F. Bohn, Esq. | Edward Boyack |
| Adam R. Trippiedi, Esq. | Colli Christine McKiever |
| Law Offices of Michael F. Bohn, Esq., Ltd. | Boyack Orme & Anthony |
| 2260 Corporate Circle, Suite 480 | 7432 W. Sahara Avenue, Suite 101 |
| Henderson, NV 89074 | Las Vegas, NV 89117 |
| *Attorney for Saticoy Bay LLC Series 300 Crosswind* | *Attorneys for Defendants The Coves Homeowners Association* |

        */s/ Mark Mangiaracina*
        An Employee of Dickinson Wright PLLC

4