**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello, Esq.
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (702) 382-1661
*Attorneys for Plaintiff/Counterdefendant
Flagstar Bank, FSB*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FLAGSTAR BANK, FSB, a federal savings bank,<br><br>Plaintiff,<br><br>vs.<br><br>Special Administrator or Personal Representative for THE ESTATE OF TARJE KNUTE GRIMSTAD; THE COVES HOMEOWNERS ASSOCIATION a Nevada corporation; SATICOY BAY LLC SERIES 300 CROSSWIND, a Nevada limited liability company; ALESSI & KOENIG, LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>SATICOY BAY LLC SERIES 300 CROSSWIND,<br><br>Counterclaimant,<br><br>v.<br><br>FLAGSTAR BANK, FSB, a federal savings bank,<br><br>Counterdefendant. | Case No.: 2:18-cv-00796-RFB-NJK<br><br>**STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE** |

1

DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210

|   |   |
|---|---|
| 1 | SATICOY BAY LLC SERIES 300 CROSSWIND, |
| 2 | Crossclaimant |
| 3 | v. |
| 4 | Special Administrator of Personal Representative for THE ESTATE OF TARJE KNUTE GRIMSTAD, |
| 5 |   |
| 6 | Crossdefendants. |

IT IS HEREBY STIPULATED, by and between the undersigned, counsel of record for Plaintiff Flagstar Bank, FSB ("Plaintiff"), Defendant/Counterclaimant/Crossclaimant Saticoy Bay LLC Series 300 Crosswind ("Saticoy Bay") and Defendant The Coves Homeowners Association ("HOA"), (collectively "Parties") hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED by and between the Parties to dismiss all claims and causes of action alleged in the Complaint and Saticoy's Counterclaims/Crossclaims, known or unknown, against one another with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party will bear its own attorneys' fees and costs.

Dated June 10, 2019

DICKINSON WRIGHT, PLLC

By: */s/ Cynthia L. Alexander*
    Cynthia L. Alexander, Esq.
    Nevada Bar No. 6718
    Taylor Anello, Esq.
    Nevada Bar No. 12881
    8363 West Sunset Road, Suite 200
    Las Vegas, Nevada 89113-2210
    *Attorneys for Plaintiff/Counterdefendant Flagstar Bank, FSB*

Dated June 10, 2019

Boyack Orme & Anthony

By: */s/ Colli Christine McKiever*
    Edward Boyack, Esq.
    Nevada Bar No. 005229
    Colli Christine McKiever, Esq.
    Nevada Bar No. 13724
    7432 W. Sahara Avenue
    Suite 101
    Las Vegas, NV 89117
    (702) 562-3415
    *Attorneys for Defendant The Coves Homeowners Association*

Dated June 10, 2019

Law Offices of Michael F. Bohn, Esq., Ltd.

By: */s/ Adam R. Trippiedi*
    Michael F. Bohn, Esq.
    Nevada Bar No. 1641
    Adam R. Trippiedi, Esq.
    Nevada Bar No. 12294
    2260 Corporate Circle
    Suite 480
    Henderson, NV 89074
    (702) 642-3113
    *Attorney for Saticoy Bay LLC Series 300 Crosswind*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of June, 2019.

3

# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 10th day of June 2019, the foregoing **STIPULATION AND ORDER RE: DISMISSAL WITH PREJUDICE** was served electronically to the following parties of interest through the Court's CM/ECF system to:

| | |
|---|---|
| Michael F. Bohn, Esq. | Edward Boyack, Esq. |
| Adam R. Trippiedi, Esq. | Colli Christine McKiever, Esq. |
| Law Offices of Michael F. Bohn, Esq., Ltd. | Boyack Orme & Anthony |
| 2260 Corporate Circle, Suite 480 | 7432 W. Sahara Avenue, Suite 101 |
| Henderson, NV 89074 | Las Vegas, NV 89117 |
| *Attorney for Saticoy Bay LLC Series 300 Crosswind* | *Attorneys for Defendants The Coves Homeowners Association* |

/s/ Mark Mangiaracina
An Employee of Dickinson Wright PLLC